[Civ. No. 8460. First Appellate District, Division One.—February 20, 1933.]

TOBEY IRWIN, Appellant, v. SELMA ANSPACHER et al., Respondents.

Leon Samuels for Appellant.

Robert E. Fitzgerald for Respondents.

PARKER, J., *pro tem.*— This is a companion case to *Irwin* v. *Murphy, ante,* p. 713 [19 Pac. (2d) 292]. Upon agreement of counsel the decision in either of these cases was to control the decision of the other.

Judgment affirmed.

Tyler, P. J., and Knight, J., concurred.

A petition by appellant to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on April 20, 1933.